Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE
& MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiffs*

**Additional counsel for Plaintiffs listed on signature page**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HENRY, LAUREN HICKMAN, KATHY COKE, GERALD SMITH, DEVON MCCLELLAN, and LAUREN HERNANDEZ, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., FICTITIOUS KIA DEFENDANTS 1-3, and FICTITIOUS HYUNDAI DEFENDANTS A-C;<br><br>Defendants. | Case No.: 8:22-cv-1729<br><br>**APPLICATION FOR LEAVE TO TEMPORARILY FILE UNDER SEAL PORTIONS OF PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>*[Concurrently Filed With Declaration Of Alison Bernal & [Proposed] Order]*<br><br>Complaint Filed: September 21, 2022<br>Judge: |

Pursuant to Local Rule 79-5, Plaintiffs request leave of the Court to temporarily file their Complaint under seal. Counsel for Plaintiffs also currently serves as counsel for certain Plaintiffs in *Marvin v. Kia America, Inc. et al.*, No. 21-cv-1146 (E.D. Wis.), which relates to the same general allegations in this litigation, namely the susceptibility of certain Hyundai and Kia vehicles to theft. Cities around the country are experiencing a Hyundai and Kia auto theft epidemic. Both the complaint in *Marvin* and the complaint in this action detail the specific nature of the defect, how the

vehicles are stolen and the existence of alternative designs that would prevent the thefts. In *Marvin*, Judge Pepper ordered certain allegations sealed out of the parties' fear that making all of the complaint public would exacerbate the issue. *See* 2:21-cv-1146, ECF No. 34, at 5 (E.D. Wis. May 31, 2022) (attached hereto as Exhibit A to the Declaration of Alison M. Bernal). Judge Pepper observed that the redactions in *Marvin* were narrowly tailored "to prevent the disclosure of the design defect that allegedly makes it easy to steal the Kia and Hyundai cars" which led to the conclusion that "the parties have established good cause for restricting the amended complaint and filing a redacted version of the same." *Id.* at 5-6. The complaint in *Marvin* was initially filed under seal and, after counsel for the defendants entered their appearance, the parties conferred regarding the redactions and filed a public version of the complaint with narrowly tailored redactions.

The Complaint in this Action contains substantially similar allegations regarding the alleged defect. While there are additional cases that relate to this issue currently pending in the Central District of California, and a petition for consolidation and coordination is pending with the Judicial Panel on Multidistrict Litigation, no other complaints on file contain the comprehensive compilation of the allegations that Plaintiffs seek to seal. As such, in order to avoid exacerbating the nationwide epidemic of thefts of Hyundai and Kia vehicles, Plaintiffs respectfully request that the Court grant their application for leave to file the complaint under seal. After counsel for Defendants enters their appearance, the parties will confer regarding narrowly tailored redactions and file a public version of the Complaint with those redactions, along with a renewed motion to seal.

Pursuant to Local Rule 79-5.1, a person seeking to have a case or document sealed must follow the procedures of Local Rule 79-5.2 seeking approval of the Court prior to submitting documents under seal. The parties in the *Marvin* litigation stipulated and the Eastern District of Wisconsin ordered that certain allegations be sealed. The Defendants in this action will likely be represented by the same counsel as in *Marvin*, and thus will likely concur in the relief sought.

### Relief Requested

Plaintiffs respectfully request the Court grant their application to permit them to temporarily file their Complaint under seal.

| | |
|---|---|
| Dated: September 21, 2022 | Respectfully submitted, |
| | NYE, STIRLING, HALE & MILLER, LLP |
| | */S/ Alison Bernal* |
| | Alison M. Bernal, Esq.<br>33 West Mission St., Ste, 201<br>Santa Barbara, CA 93101<br>T: (805) 698–4242<br>F: (805) 284–9590<br>*alison@nshmlaw.com* |
| | **BARTON LEGAL S.C.**<br>James B. Barton (*pro hac vice* forthcoming)<br>Joshua S. Greenberg (*pro hac vice* forthcoming)<br>313 North Plankinton Ave., Ste. 207<br>Milwaukee, WI 53203<br>T: (414) 877–0690<br>F: (414) 877–3039<br>*jbb@bartonlegalsc.com*<br>*jsg@bartonlegalsc.com* |
| | **SAUDER SCHELKOPF, LLC**<br>Matthew D. Schelkopf (*pro hac vice* forthcoming)<br>Joseph B. Kenney (*pro hac vice* forthcoming)<br>Mark B. DeSanto (*pro hac vice* forthcoming)<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>T: (610) 200–0581<br>F: (610) 421–1326<br>*mds@sstriallawyers.com*<br>*jbk@sstriallawyers.com*<br>*mbd@sstriallawyers.com* |
| | *Attorneys for Plaintiffs and Putative Class* |

-3-

APPLICATION FOR LEAVE TO FILE UNDER SEAL

